William Beever, Respondent, v. Jesse L. Grantier, as Executor, etc., of Fredericka Beever, Deceased, Appellant.— Judgment affirmed, with costs. All concurred.

Sidney Lucas, Respondent, v. International Paper Company, Appellant.— It appearing that the justices qualified to sit in this appeal are equally divided and unable to render a decision therein, said appeal is ordered transferred to the Appellate Division of the third judicial department to be there heard and determined, pursuant to the provisions of section 231 of the Code of Civil Procedure. Williams, J., not sitting.

John B. Hoyer and Flora M. Hoyer, Respondents, v. Buffalo, Lockport and Rochester Railway Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Spring, J., not sitting.

Carmelio Maggio, an Infant, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Spring, J., not sitting.

Benjamin H. Smith, Respondent, v. Gennarino D'Onofrio, Appellant.— Judgment and order affirmed, with costs. All concurred.

Edward L. Duggan, Respondent, v. Eva B. Duggan, Appellant.— Interlocutory and final judgments and order affirmed, without costs. All concurred.

Margaret E. Stone, as Administratrix, etc., of William W. Stone, Deceased, Respondent, v. The Lehigh Valley Railroad Company, Appellant.— Case reached and passed twice on calendar and dismissed, without costs, under general rule 39.*

In the Matter of the Appointment of a Board of Examiners to Examine into the Operation of the Jury System in the County of Erie, Created by Chapter 369 of the Laws of 1895.— Ordered, that the following named lawyers, practicing in the county of Erie, be appointed an examining board, pursuant to section 9 of said act, to examine into the operation of the jury system in said county and to report the result of such examination to this court: Daniel J. Kenefick, George B. Burd and William Palmer.

Bertha B. Smith, Appellant, v. George W. Smith, Respondent.— Appeal dismissed, without costs, for the failure of appellant to file and serve papers as required by rule 41.*

John J. Smith, Respondent, v. Brown Brothers Company, Appellant.— Motion to amend order of affirmance previously entered denied, without costs.

## FOURTH DEPARTMENT, JANUARY, 1909.

Charles M. Lane, Respondent, v. Albert O. Fenn and Others, Appellants, Impleaded with Adolphus Busch.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Albert M. Ellis, Respondent, v. Home Telephone Company, Appellant.— Judgment affirmed, with costs. All concurred.

Anna Hughes, as Administratrix, etc., of James Hughes, Deceased, Respondent, v. Electric Light and Power Company of Syracuse, Appellant.— Judgment

* General Rules of Practice.— [REP.